# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### DEBTOR'S NOTICE OF CHANGE OF ADDRESS FORM

CASE NAME:  ANGEL TONEA WILSON

CASE NUMBER:  11-51912-PWB

BANKRUPTCY JUDGE:  PAUL W. BONAPFEL

CASE CHAPTER:  7

**NEW ADDRESS:**  **ANGEL TONEA WILSON**
**2459 BEN HILL ROAD**
**EAST POINT, GA 30344**

   I certify that I have this date served the following in the foregoing matter with a copy of this Debtor's Change of Address Form by hand depositing in the United States Mail a true copy of same in a properly addressed envelope with adequate postage affixed thereto.

ANGEL TONEA WILSON
2459 BEN HILL ROAD
EAST POINT, GA 30344

Old Address:  ANGEL TONEA WILSON
1017 ALFORD CROSSING
LITHONIA, GA 30058

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

Dated: _____0/07/2011_____

_____/s_____
Richard Thomson
GA Bar No. 710264

CLARK && WASHINGTON, P.C.
3300 Northeast Expressway Building 3
Atlanta, GA 30341
(404) 522-2222

cikpe
Apr-11